# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW

1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

November 18, 2021

<u>VIA ECF</u>
Honorable Judge Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Elizabeth Flint v. 1329 Beach Realty LLC, et al.*
             Docket No.    :    20-cv-02095(RPK)(SJB)
             <u>Our File No.    :    420-19307</u>

Dear Honorable Judge Kovner:

      We represent Defendants, *1329 Beach Realty LLC* and *Beach Channel Meat & Produce Corp. d/b/a Shop Fair*, in the above-referenced matter. We submit this correspondence to inform the Court that the parties have reached a resolution of this matter in principle and request that the Court please implement a stay of these proceedings for at least sixty (60) days from the date of this correspondence, so that the parties may have an opportunity to finalize the terms of their resolution.

      The parties also request an adjournment *sine die* of the Pre-Motion Conference currently scheduled for November 22, 2021, as the parties anticipate entering a dismissal of this matter in the near future.

      We thank this Honorable Court for its time and consideration.

                                    Very truly yours,

                                    Elizabeth R. Gorman

ERG/TBL